1  BENJAMIN B. WAGNER
United States Attorney
2  HEATHER MARDEL JONES
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
(559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   1:13-MC-00041-AWI
                                       )
12              Plaintiff,             )   **STIPULATION AND ORDER**
                                       )   **EXTENDING THE UNITED STATES'**
13         v.                          )   **TIME TO FILE A COMPLAINT FOR**
                                       )   **FORFEITURE AND/OR TO OBTAIN**
14  APPROXIMATELY $21,800.00 IN U.S.   )   **AN INDICTMENT ALLEGING**
    CURRENCY,                          )   **FORFEITURE AND TO STAY THE**
15                                     )   **FORFEITURE PROCEEDINGS**
                Defendant.             )
16  _____      )

17        It is hereby stipulated by and between the United States of America and Claimant

18  Peter Chang (hereafter "Claimant"), by and through his respective attorney, as follows:

19        1.    On or about May 17, 2013, Claimant filed a claim, in the administrative

20  forfeiture proceeding, with the United States Drug Enforcement Administration with

21  respect to the approximately $21,800.00 in U.S. Currency (hereafter "defendant currency"),

22  which was seized on or about March 19, 2013.

23        2.    The United States Drug Enforcement Administration sent the written notice of

24  intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The

25  time has expired for any person to file a claim to the currency under 18 U.S.C. §

26  983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as

27  required by law in the administrative forfeiture proceeding.

28        3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

Stipulation and Order Extending the United States'
Time to File a Complaint for Forfeiture and/or Obtain
1    an Indictment Alleging Forfeiture and to Stay the
Civil Forfeiture Proceedings

1  complaint for forfeiture against the currency and/or to obtain an indictment alleging that

2  the currency is subject to forfeiture within 90 days after a claim has been filed in the

3  administrative forfeiture proceedings, unless the court extends the deadline for good cause

4  shown or by agreement of the parties.

5        4.      As provided by 18 U.S.C. § 981(g)(1) and (g)(2), both the United States and the

6  Claimant may request a stay of the civil forfeiture proceedings.  Pursuant to (g)(1), upon a

7  motion by the United States, the court "shall" stay the civil forfeiture proceeding if the court

8  determines that civil discovery will adversely affect the ability of the Government to

9  conduct a related criminal investigation or the prosecution of a related criminal case.

10  Pursuant to (g)(2), upon a motion by the claimant, the court "shall" stay the civil forfeiture

11  proceedings if the court determines that the claimant is the subject of a related criminal

12  investigation or case, the claimant has standing to assert a claim in the civil forfeiture

13  proceeding, and continuation of the forfeiture proceeding will burden the right of the

14  claimant against self-incrimination in the related investigation or case.

15        5.      As provided in 18 U.S.C. § 983(a)(3)(A) and 981(g)(1) and (g)(2), the parties

16  wish by agreement to stay the time in which the United States is required to file a civil

17  complaint for forfeiture against the currency and/or to obtain an indictment alleging that

18  the currency is subject to forfeiture; and also to stay the civil forfeiture proceedings entirely,

19  as the parties stipulate and agree that there is a related ongoing criminal investigation of

20  which claimant is a subject, that civil discovery will adversely affect the ability of the

21  United States to conduct the related criminal investigation, that the claimant has standing

22  to assert a claim in the civil forfeiture proceeding, and that continuation of the forfeiture

23  proceeding will burden the right of claimant against self-incrimination in the related

24  criminal investigation.

25        6.      Accordingly, the parties agree that the stay be in place during the pendency of

26  the ongoing criminal investigation and during any related criminal prosecution which is a

27  product of the ongoing criminal investigation.  The parties request that the court set a

28  status hearing on or about September 1, 2014. The parties will file a joint status report one

Stipulation and Order Extending the United States'
Time to File a Complaint for Forfeiture and/or Obtain
an Indictment Alleging Forfeiture and to Stay the
Civil Forfeiture Proceedings

1   week prior, informing the court whether the continuation of the stay is still necessary.

2   Dated:   August 15, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney
3

4

5                                                /s/ Heather Mardel Jones
                                                HEATHER MARDEL JONES
                                                Assistant United States Attorney
6

7

8   Dated:   August 15, 2013                    /s/ Mark W. Coleman
                                                MARK W. COLEMAN
9                                               Attorney for Claimant Peter Chang
                                                (Original signature retained by attorney)
10

11

12  IT IS SO ORDERED.

13  Dated:   August 26, 2013                    _____
                                                SENIOR  DISTRICT  JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Extending the United States'
Time to File a Complaint for Forfeiture and/or Obtain
an Indictment Alleging Forfeiture and to Stay the
Civil Forfeiture Proceedings

3