BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-MC-00041-AWI |
| Plaintiff, | **REQUEST FOR DISMISSAL OF MISCELLANEOUS CASE;  ORDER** |
| v. | |
| APPROXIMATELY $21,800.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States requests, by and through its attorney, as follows:

1. On or about May 17, 2013, Peter Chang ("Claimant") filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration, to the approximately $21,800.00 in U.S. Currency (hereafter "defendant currency"), which had been seized on or about March 19, 2013.

2. The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file an administrative claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that

the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. On August 15, 2013, pursuant to 18 U.S.C. § 983(a)(3)(A) and 981(g)(1) and (g)(2), the United States and Claimant stipulated to stay the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture; and also to stay the civil forfeiture proceedings entirely. ECF No. 1. On August 27, 2013, the Court granted the parties' request, imposed the stay, set a status conference hearing on September 2, 2014, and ordered the filing of a joint status report by August 26, 2014. ECF No. 2.

6. The United States declines to pursue forfeiture, either by civil complaint or by criminal indictment, against the seized defendant currency. As such, the United States requests that the stay be lifted, the miscellaneous case be dismissed, the currently set status hearing be taken off calendar, and the miscellaneous docket 1:13-MC-00041 be closed. The United States will inform the proper administrative agencies regarding its declination to pursue forfeiture of the seized defendant currency.

Dated:  August 8, 2014         BENJAMIN B. WAGNER
                               United States Attorney


                                /s/ Heather Mardel Jones
                               HEATHER MARDEL JONES
                               Assistant United States Attorney

The currently imposed stay shall be lifted, the miscellaneous case shall be dismissed, the currently set status hearing shall be taken off calendar, and the miscellaneous docket 1:13-MC-00041-AWI shall be closed.

IT IS SO ORDERED.

Dated:  August 8, 2014                    _____
                                          SENIOR DISTRICT JUDGE